**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
_____

|  |  |  |
|---|---|---|
| | ) | |
| **UNITED STATES SECURITIES** | ) | |
| **AND EXCHANGE COMMISSION,** | ) | |
| | ) | **Civil Action No. 07-CV-8851** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **(ECF CASE)** |
| | ) | |
| **NORTEL NETWORKS CORPORATION and** | ) | |
| **NORTEL NETWORKS LIMITED,** | ) | |
| | ) | |
| **Defendants.** | ) | |
_____ )

### MOTION TO DISBURSE FUNDS TO PAY
### FEES AND EXPENSES OF TAX ADMINISTRATOR

The Securities and Exchange Commission respectfully requests that the Court enter an

Order for the Clerk of the Court to disburse funds on deposit with the registry of the Court to pay

certain fees and expenses of the Tax Administrator.

By order dated October 24, 2007, the Court entered Final Judgment as to Defendants

Nortel Networks Corporation and Nortel Networks Limited pursuant to Rule 54(b) of the Federal

Rules of Civil Procedure.  Pursuant to the Final Judgment, on October 30, 2007, defendant

Nortel Networks Corporation paid a total of $35,000,001 to the Clerk of this Court (the

"Distribution Fund").  The Distribution Fund was thereafter deposited in an interest bearing

account in the Court Registry Investment System, receipt number 631570, under the case name

designation "United State[s] Securities and Exchange Commission v. Nortel Networks

Corporation et al."  The Distribution Fund constitutes a Qualified Settlement Fund ("QSF")

under section 468B(g) of the Internal Revenue Code, 26 U.S.C. § 468B(g), and related

regulations, 26 C.F.R. §§ 1.468B-1 through 1.468B-5.

By order dated November 28, 2007, the Court entered an order appointing Damasco & Associates LLP (the "Tax Administrator") to fulfill the tax obligations of the Distribution Fund. Pursuant to that order, the Tax Administrator is required to pay taxes in a manner consistent with treatment of the Distribution Fund as a QSF, and is to be compensated for the tax services provided.

For the 2007 calendar year, the Tax Administrator has incurred fees and expenses of $1675 for tax services provided to the Disbursement Fund.  See Declaration of Jude P. Damasco in Support of Fee Request, dated February 19, 2008 (the "Declaration"), attached as Exhibit A.

The Declaration has been reviewed by the undersigned Commission counsel who has no objections.

**WHEREFORE**, for all the foregoing reasons, the Commission respectfully requests that the Court enter the attached proposed Order and grant such other relief as it deems just and proper.

Dated:  February 28, 2008                Respectfully submitted,

                                    **/s/ Vincente L. Martinez**
                                    Suzanne J. Romajas (SR-4531)
                                    Vincente L. Martinez (VM-5239)
                                    UNITED STATES SECURITIES AND
                                    EXCHANGE COMMISSION
                                    100 F Street, NE
                                    Washington, DC 20549
                                    Tel:  202-551-4547 (Martinez)
                                    Fax:  202-772-9231 (Martinez)
                                    E-mail:  martinezv@sec.gov

                                    Attorneys for Plaintiff