*Please Return to Cashier*
*Anti-Art Seaury*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08
```

|  |  |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| NORTEL NETWORKS CORPORATION and NORTEL NETWORKS LIMITED, | ) ) ) ) |
| Defendants. | ) ) |

Civil Action No. 07-CV-8851 (LAP)

(ECF CASE)

RECEIVED
MAR 3 2008
LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S. D. N. Y.

## [~~PROPOSED~~] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, dated February 19, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System, receipt number 631570, under the case name designation "United State[s] Securities and Exchange Commission v. Nortel Networks Corporation et al.," for the amount of $57,067 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "United States Securities and Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851, Employer Identification Number 26-1481410, 2007 tax return."

-2-

    2. The Clerk shall send the check by overnight mail to:

        Damasco & Associates LLP
        244 Jackson Street, Fourth Floor
        San Francisco, CA 94111
        Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: March 5, 2008

                            Loretta A. Preska
                            UNITED STATES DISTRICT JUDGE