*Please return to chambers* *PRESKA*
*Rate: Int. Bearing Account.*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

NORTEL NETWORKS CORPORATION and
NORTEL NETWORKS LIMITED,

    Defendants.

Civil Action No. 07-CV-8851 (LAP)

(ECF CASE)

RECEIVED
MAR 3 2008
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEES AND EXPENSES OF TAX ADMINISTRATOR

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Fees and Expenses of Tax Administrator, and the supporting Declaration of Jude P. Damasco in Support of Fee Request, dated February 19, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System, receipt number 631570, under the case name designation "United State[s] Securities and Exchange Commission v. Nortel Networks Corporation et al.," for the amount of $1675 payable to "Damasco & Associates LLP," for the payment of fees and expenses of the Tax Administrator as provided in the Declaration. The check shall contain the notation "United States Securities and Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851, Employer Identification Number 26-1481410, 2007 calendar year fees and expenses."

-2-

    2. The Clerk shall send the check by overnight mail to:

    Damasco & Associates LLP
    244 Jackson Street, Fourth Floor
    San Francisco, CA 94111
    Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight shipping information and the Commission's billing number.

Dated: *March 5, 2008*

                                        *Loretta A. Preska*
                                        UNITED STATES DISTRICT JUDGE