

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

               **Plaintiff,**

               **v.**

**NORTEL NETWORKS CORPORATION and
NORTEL NETWORKS LIMITED,**

               **Defendants.**

Civil Action No. 07-CV-8851(LAP)

(ECF CASE)

RECEIVED

LORETTA A. PRESKA
U. S. DISTRICT JUDGE
S.D.N.Y.

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS.

The Court, having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in

Support of Request to Make Tax Payment, dated March 24, 2008 (the "Declaration"), and for

good cause shown,

## IT IS HEREBY ORDERED:

1. The Clerk of the Court shall issue a check on the Court Registry Investment System,

receipt number 631570, under the case name designation "United State[s] Securities and

Exchange Commission v. Nortel Networks Corporation et al.," for the amount of $80,000

payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as

provided in the Declaration. The check shall contain the notation "United States Securities and

Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851,

Employer Identification Number 26-1481410, quarterly tax estimate, first quarter 2008."

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the Commission's billing number.

Dated: *April 2, 2008*

*Loretta A. Preska*

UNITED STATES DISTRICT JUDGE

-2-