*Return to Cashiers int. bearing Acct.*

*Preska D*

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>                              Plaintiff,<br><br>                    v.<br><br>NORTEL NETWORKS CORPORATION and NORTEL NETWORKS LIMITED,<br><br>                              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 07-CV-8851 (LAP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/08

## [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in Support of Request to Make Tax Payment, dated May 13, 2008 (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The Clerk of the Court shall issue a check on the Court Registry Investment System, receipt number 631570, under the case name designation "United State[s] Securities and Exchange Commission v. Nortel Networks Corporation et al.," for the amount of $45,500 payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as provided in the Declaration. The check shall contain the notation "United States Securities and Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851, Employer Identification Number 26-1481410, quarterly tax estimate, second quarter 2008."

RECEIVED

MAY 28 2008

LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

2. The Clerk shall send the check by overnight mail to:

Damasco & Associates LLP
700 Monte Vista Lane
Half Moon Bay, CA 94019
Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the Commission's billing number.

Dated: _May 30, 2008_

_Loretta A. Presk_
UNITED STATES DISTRICT JUDGE