**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/08

_____
)
UNITED STATES SECURITIES )
AND EXCHANGE COMMISSION, )
)                    **Civil Action No. 07-CV-8851**
**Plaintiff,** )
)
**v.** )                    **(ECF CASE)**
)
**NORTEL NETWORKS CORPORATION and** )
**NORTEL NETWORKS LIMITED,** )
)
**Defendants.** )
_____)

### [PROPOSED] ORDER TO DISBURSE FUNDS TO PAY TAX OBLIGATIONS

The Court, having reviewed the Securities and Exchange Commission's Motion to

Disburse Funds to Pay Tax Obligations, and the supporting Declaration of Jude P. Damasco in

Support of Request to Make Tax Payment, dated August 7, 2008 (the "Declaration"), and for

good cause shown,

**IT IS HEREBY ORDERED:**

1.  The Clerk of the Court shall issue a check on the Court Registry Investment System,

receipt number 631570, under the case name designation "United State[s] Securities and

Exchange Commission v. Nortel Networks Corporation et al.," for the amount of $28,000

payable to "Damasco & Associates, Trust Account," for the payment of tax obligations as

provided in the Declaration.  The check shall contain the notation "United States Securities and

Exchange Commission v. Nortel Networks Corporation et al., Civil Action No. 07-CV-8851,

Employer Identification Number 26-1481410, quarterly tax estimate, third quarter 2008."

2. The Clerk shall send the check by overnight mail to:

   Damasco & Associates LLP
   700 Monte Vista Lane
   Half Moon Bay, CA 94019
   Phone: 415-217-4900

The Commission's counsel shall provide the Court Registry with the necessary overnight

shipping information and the Commission's billing number.

Dated: *August 25, 2008*

*Loretta A Presky*

UNITED STATES DISTRICT JUDGE